UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

***GRAND JURY RETURN***

Date:   August 13, 2025

UNITED STATES OF AMERICA

VERSUS

DONOVAN HAYES,
KHRISTIAN GEORGE,
        a.k.a. "Pig,"
RAYLEN G. CABLE, and
LATREAL B. RAYMOND
        a.k.a. "Trell"

CRIMINAL

NO. 25-126

PRESENT:    Ben Wallace
                    Counsel for U.S.A.

Indictment filed.

This matter is filed UNDER SEAL until the defendants are arrested or make an initial

appearance, whichever occurs first, unless otherwise specifically ordered to the contrary.

Arrest warrants issued.

\* \* \* \* \*