# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**

**DONOVAN HAYES, ET AL.**                    **NO. 25-00126-BAJ-EWD**

## ORDER

Considering Defendant Hayes' Motion to Withdraw As Attorney (Doc. 103) and the matters discussed at the June 4, 2026 Motion Hearing,

**IT IS ORDERED** that the trial currently set for June 29, 2026 is **CONTINUED** without date.

Baton Rouge, Louisiana, this 17th day of June, 2026

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**