# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**

**DONOVAN HAYES, ET AL.**                    **NO. 25-00126-BAJ-EWD**

## ORDER

Considering Defendant Donovan Hayes' **Status Report (Doc. 108)**, in which Defendant represents that he "is willing to proceed with undersigned counsel as his appointed counsel in this case,"

**IT IS ORDERED** that a telephone status conference to select new trial dates is **SET** for July 7, 2026, at 2:30 P.M. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 30th day of June, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**